UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TIMOTHY GREEN,** | * | CASE NO. |
| *Plaintiff* | * | |
| **VERSUS** | * | DISTRICT JUDGE |
| | * | |
| **PEPSICO, INC., d/b/a** | * | MAGISTRATE JUDGE |
| **PEPSI BEVERAGES CO., INC.,** | * | |
| *Defendant* | * | JURY TRIAL DEMANDED |
| | * | |

_____

## COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Timothy Green, Plaintiff herein, who respectfully asserts claims against Defendant, Pepsico, Inc., d/b/a Pepsi Beverages Company, Inc., alleging the following:

## PARTIES

1.

Timothy Green (hereinafter "Mr. Green" or "Green"), is an African-American male of the full age of majority who resides and is domiciled in the Parish of Jefferson, State of Louisiana.

2.

Made Defendant herein is Pepsico, Inc., d/b/a Pepsi Beverages Company, Inc. (hereinafter "Pepsi"), a foreign business corporation registered to do and is doing business in the Parish of Livingston, State of Louisiana. At all times relevant to this lawsuit, Defendant, Pepsi, was the employer of Plaintiff, Timothy Green.

3.

Throughout Plaintiff's employment with Defendant, Mr. Green performed his job duties and carried out his responsibilities in strict compliance with Defendant's policies and procedures, always exceeding Defendant's performance expectations.

1

4.

Notwithstanding Plaintiff's job performance, Defendant, without lawful reason, explanation or justification, discriminated against Plaintiff on the basis of his race. Specifically, Defendant took several actions on multiple occasions which were contrary to company policy and had an adverse effect on Mr. Green's compensation and performance evaluations. Defendant breached Mr. Green's employment contract and retaliated against him for raising concerns about his mistreatment, which are clear violations Title VII of the Civil Rights Act of 1964 42 U.S.C. § 2000 *et seq.*

## **CAUSES OF ACTION**

## **RACIAL DISCRIMINATION**

5.

All of the actions complained of herein were undertaken with malice and/or reckless indifference to Mr. Green's civil rights in direct violation of Law. By the conduct described above, as engaged in by Defendant's agents and employees and for which Defendant is fully liable under the doctrine of respondent superior, Defendant engaged in unlawful employment practices based upon the disparate treatment, discrimination, and harassment against Plaintiff because of his race.

6.

By the conduct alleged herein, Defendant, through its agents and managers, established and maintained a pattern and practice of discriminatory treatment towards Plaintiff by arbitrary adverse actions against Mr. Green and against company policy by creating an environment incompatible for African Americans to maintain and or better their position. Defendant's

treatment of Plaintiff affected the terms and conditions of Plaintiff's employment in a negative way with no basis in policy, performance, or law.

7.

Mr. Green sought to resolve Defendant's discriminatory practices internally through Defendant's Human Resources Department but was forced to lodge a formal complaint with the Equal Opportunity and Employment Commission ("EEOC").

8.

Defendant is liable for the following damages as a result of its violations of Title VII: mental anguish; humiliation and embarrassment; loss of reputation; loss of enjoyment of life; foreseeable and unforeseeable damages, compensatory damages; prejudgment interest; attorney's fees and all costs of these proceedings.

**RETALIATION**

9.

All of the actions complained of herein were undertaken with malice and/or reckless indifference to Mr. Green's civil rights in direct violation of Title VII of the Civil Rights Act of 1964 42 U.S.C. § 2000 *et seq.* Mr. Green is a member of a protected group as an African American male. Mr. Green is and was qualified for his position.

10.

Plaintiff engaged in a protected activity, an adverse employment action occurred, and a causal link exists between the protected activity and the adverse action.

11.

Plaintiff filed an internal complaint for Defendant's discriminatory actions. Subsequent to filing a complaint, Defendant maintained a pattern of discrimination on the basis of race. This

included continuous racial animosity from his direct supervisor, which affected Mr. Green's job performance and health.  Further, Mr. Green's continued complaints to Defendant's Human Resources Department only increased the hostility from his direct supervisor.

12.

Defendants are liable for damages for retaliation pursuant to Title VII of the Civil Rights Act of 1964.  This includes compensatory damages; back pay and front pay; mental anguish; humiliation and embarrassment; loss of reputation; foreseeable and unforeseeable damages, compensatory damages resulting from the breach of contract based on discrimination; prejudgment interest; and attorney's fees and all costs of these proceedings.

## JURY DEMAND

13.

Plaintiff hereby demands trial by jury of all issues so triable herein.

**WHEREFORE**, Plaintiff, Timothy Green, prays that Defendant be required to appear and answer Plaintiff's Complaint and Jury Demand and, after due proceedings had and legal delays, there be judgment rendered herein in favor of Plaintiff and against Defendant as detailed in the foregoing Complaint and Jury Demand, in an amount reasonable in the premises, together with legal interest from the date of judicial demand, all costs of these proceedings, attorneys' fees and for any and all general and equitable relief deemed appropriate by this Honorable Court under the circumstances.

Respectfully submitted,

/s/G. Karl Bernard_____
G. Karl Bernard (#24294)
KARL BERNARD LAW, LLC
1615 Poydras Street, Suite 101
New Orleans, LA 70112
Telephone: 504-412-9953

       Facsimile: 504-412-8088
       Email: karl.bernard@karlbernardlaw.com

       **Attorney for Plaintiff, Timothy Green**