# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**TIMOTHY GREEN**                                                **CIVIL ACTION**

**VERSUS**                                                       **NO. 21-450-SDD-RLB**

**PEPSICO, INC.**

## ORDER

This matter is before the Court on an Order setting a scheduling conference for October 14, 2021 and a status report due September 20, 2021, for an action filed on August 4, 2021.

As there have been no responsive pleadings filed by Defendants PepsiCo, Inc, the scheduling conference is hereby **RESET** for **December 2, 2021 at 11:00 a.m.** A status report shall be filed by **November 18, 2021**.

In reviewing the record, it appears that summons were never issued to the Defendant PepsiCo, Inc. Plaintiff is reminded that he must request summons and serve the defendant in accordance with the deadlines set forth in Rule 4 of the Federal Rules of Civil Procedure.

Signed in Baton Rouge, Louisiana, on October 4, 2021.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**