**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TIMOTHY GREEN,** | **CASE NO. 3:21-cv-00450 (RLB)** |
| **Plaintiff,** | |
| v. | **JUDGE SHELLY D. DICK** |
| **PEPSICO INC.,** | |
| **D/B/A PEPSI BEVERAGES CO., INC.** | **MAGISTRATE JUDGE** |
| **Defendant.** | **RICHARD L. BOURGEOIS, JR.** |

**JOINT NOTICE OF SETTLEMENT AND**
**REQUEST FOR CONDITIONAL ORDER OF DISMISSAL**

Plaintiff **TIMOTHY GREEN** ("Green" or "Plaintiff") and Defendant **PEPSICO, INC.** ("PepsiCo" or "Defendant") (Plaintiff and Defendant together, the "parties" and each individually a "party"), submit this Joint Notice of Settlement in this matter and respectfully show the Court the following:

1. The parties advise the Court that they have resolved all outstanding claims and issues in their entirety. The parties are finalizing the terms of that resolution and expect that the settlement will be consummated and completed on or before November 3, 2023.

2. Defendant filed a Motion for Summary Judgment on September 28, 2023.

3. Due to Plaintiff's claims being resolved in their entirety, Plaintiff will not file a response to the Motion for Summary Judgment by the October 19, 2023 deadline.

4. The Parties desire that this case be dismissed, including all claims and causes of action brought by Plaintiff Timothy Green against Defendants PepsiCo, Inc. and Bottling Group, LLC, and respectfully request the Court enter their proposed Agreed Order of Dismissal which is being filed with the Court contemporaneously herewith.

4875-2129-4730.2

Respectfully submitted,

By: **/s/** *Karl Bernard (w/permission)*  
    G. Karl Bernard (#24294)  
    KARL BERNARD LAW, LLC  
    1615 Poydras Street Suite 101  
    New Orleans, LA 70112  
    Telephone: (504) 412-9953  
    Facsimile: (504) 412-8088  
    Email: KarlB@karlblaw.com  

    **ATTORNEYS FOR PLAINTIFF**

By: */s/ Pamela W. Carter*  
    **Pamela W. Carter (#24848)**  
    **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**  
    3850 North Causeway Blvd., Suite 630  
    Metairie, Louisiana 70002  
    Telephone: (504) 527-5055, Ext. 201  
    Facsimile: (504) 527-5056  
    Email: pcarter@qpwblaw.com  

    **Alison R. Ashmore**  
    Texas State Bar No. 24059400  
    *Pro Hac Vice*  
    **DYKEMA GOSSETT PLLC**  
    1717 Main Street, Suite 4200  
    Dallas, Texas 75201  
    Telephone: (214) 462-6400  
    Facsimile: (214) 462-6401  
    Email: AAshmore@dykema.com  

    **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on October 24, 2023, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the United States District Court, Middle District of Louisiana, using its electronic case filing system, CM/ECF, which will serve notification on all counsel of record in this case:

    G. Karl Bernard  
    KARL BERNARD LAW, LLC  
    1615 Poydras Street Suite 101  
    New Orleans, LA 70112  
    Email:Karlb@karlblaw.com  

                                                    By:   */s/ Alison R. Ashmore*  
                                                          Alison R. Ashmore

4875-2129-4730.2